UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA :
:
:
:
v. :
: Case No. 6:06-CR-90-ORL-28KRS
:
SABRINA SELINE SMITH :

## SATISFACTION OF JUDGMENT

The monetary penalty imposed upon Defendant Sabrina Seline Smith by the criminal judgment filed herein on September 25, 2006, in the above-entitled cause has been paid.  The Clerk of the United States District Court for the Middle District of Florida is hereby authorized and empowered to record this satisfaction of judgment as it pertains to the criminal fine, special assessment, and restitution ordered in this case.

Respectfully submitted,

A. BRIAN ALBRITTON
United States Attorney

By: s/ Patricia A. Willing
PATRICIA A. WILLING
Assistant United States Attorney
Florida Bar Number 340251
Attn:Wendy McGill
Financial Litigation Unit
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
Telephone: (813) 274-6038
Facsimile: (813) 274-6247
E-mail: FLUDocket.mailbox@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 7, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

>Sabrina Seline Smith
>Zellwood, Florida 32798

>s/ Patricia A. Willing
>Assistant United States Attorney